AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:02-cr-05050-AWI   Document 359   Filed 09/11/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:02-cr-05050-003 |
| JORGE ALBERTO ARAVALO GALVAN ) | |
| ) | USM No: 60476-097 |
| Date of Original Judgment: 07/14/2003 ) | |
| Date of Previous Amended Judgment: 01/28/2008 ) | Hannah Rose Labaree, FD (OR Pro Se) |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  210  months **is reduced to**  168 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  02/04/2008  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  09/11/2015                     /s/ ANTHONY W. ISHII
                                            *Judge's signature*

Effective Date:  11/01/2015                 Senior United States District Judge Anthony W. Ishii
*(if different from order date)*            *Printed name and title*